**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    Andri L. Council, Jr.                    :   CHAPTER 13

                                               :   NO. 17-12273/elf

**CERTIFICATION OF SERVICE**

      I, BRADLY E. ALLEN, attorney for Debtor, Andri L. Council, Jr. do hereby verify that on August 14, 2017, I mailed to all creditors on the Matrix and to the following creditors a notice of Rescheduled Meeting of Creditors for August 21, 2017 at 12:30 p.m.:

          PA Dept of Revenue
          Bankruptcy Division
          PO Box 280946
          Harrisburg, PA 17128-0946

          Andri Council, Jr.
          37 W. Rockland St.
          Philadelphia, PA 19144

The following were electronically served the following:

          William C. Miller, Chapter 13 Trustee

          U.S. Trustee's Office

                        **/s/BRADLY E. ALLEN, ESQUIRE**
                            **Attorney for Debtor**