# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re __Andri L. Council, Jr.__  
Debtor(s)

Case No. __17-12273/elf__  
Chapter __13__

### Motion to Avoid Judicial Lien on Real Estate

1. Debtor, __Andri L. Council, Jr.__, commenced this case on __3/31/17__ by filing a voluntary petition for relief under Chapter __13__ of Title 11 of the United States Bankruptcy Code.

2. This court has jurisdiction over this motion, filed pursuant to 11 U.S.C. Sec. 522(f) to avoid and cancel a judicial lien held by __Midland Funding LLC__ on real property used as the debtor's residence, under 28 U.S.C. Sec. 1334.

3. On **July 1, 2014**, **Midland Funding, LLC** the creditor recorded a judicial lien against the following debtor's residence at:

**37 W. Rockland Street**  
**Philadelphia, PA 19144**

The said judicial lien is entered of record as follows:  
**Midland Funding, LLC v. Andri Council**  
**Philadelphia Municipal Court, SC#-14-05-16-5004**  
**Judgment amount- $2,460.63**

4. The debtor's interest in the property referred to in the preceding paragraph and encumbered by the lien has been claimed as full exempt in their bankruptcy case.

The value of the mortgage lien with US Bank National Association/PA Housing Finance Agency for $120,061.53 plus the amount of the judgment of $2,4660.63 plus the real estate exemption of $23,675.00 for a total amount of $146,197.16 exceeds the fair market value of debtor's house in the amount of $127,500.00 as stated on Schedule A.

5. The existence of __Midland Funding LLC__ lien on debtor's real property impairs exemptions to which the debtor would be entitled under 11 U.S.C. Sec. 522(b).

WHEREFORE, debtor(s) pray for an order against __Midland Funding LLC__ avoiding and canceling the judicial lien in the above-mentioned property, and for such additional or alternative relief as may be just and proper.

Date __September 28, 2017__    Signature __/s/ Bradly E. Allen__  
**Attorney for Debtor**  
**7711 Castor Avenue**  
**Philadelphia, PA 19152**  
**215-725-4242**