IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

ANDRI L. COUNCIL, JR.

: NO. 17-12273/elf

**O R D E R**

AND NOW, this          day of              , 2017, upon consideration of the Motion of the debtor to avoid a judicial lien in real property held by MIDLAND FUNDING, LLC;

And the debtor having asserted that the lien is subject to avoidance pursuant to 11 U.S.C. Sec. 522(f)(1)(A);

And the debtor having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed;

Accordingly, it is hereby ordered that the motion is granted and the judicial lien on real estate on 34 W. Rockland Street, Philadelphia, PA 19144 held by MIDLAND FUNDING, LLC in the Philadelphia Municipal Court, SC#14-05-16-5004 in the amount of $2,460.63 is avoided and canceled.

BY THE COURT:

_____
HONORABLE ERIC L. FRANK
U.S. BANKRUPTCY JUDGE