UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

ANDRI L. COUNCIL, JR.

: CHAPTER 13

: NO. 17-12273/elf

### CERTIFICATION OF SERVICE

I, BRADLY E. ALLEN, attorney for Debtor, Andri L. Council, Jr. do hereby certify that on September 28, 2017 I mailed by, regular first class mail, a true and correct copy of the Debtor's Motion to Avoid Judicial Lien of Midland Funding, LLC and Notice of Hearing Date to the following:

Midland Funding, LLC
Attn: Cynthia Litton, Mgr.
320 E. Big Beaver Road, Ste. 300
Troy, MI 48084

Arthur Lashin, Esquire
Hayt, Hayt & Landau, LLC
2 Industrial Way
Eatontown, NJ 07224

Andri L. Council, Jr.
37 N. Rockland Street
Philadelphia, PA 19144

The following parties were notified electronically:

William C. Miller, Chapter 13 Trustee

U.S. Trustee

/s/Bradly E. Allen
BRADLY E. ALLEN,
Attorney for Debtor
7711 Castor Ave.
Philadelphia, PA 19152
(215)725-4242