**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    ANDRI L. COUNCIL, JR.    : CHAPTER 13

                                : NO. 17-12273/elf

**CERTIFICATION OF NO RESPONSE**

I, BRADLY E. ALLEN, attorney for Debtor, Andri Council, Jr. do hereby certify that on September 28, 2017 I mailed by, regular first class mail, a true and correct copy of the Debtor's Motion to Avoid Judicial Lien of Midland Funding, LLC and Notice of Hearing Date to the following and no response has been filed:

Midland Funding, LLC
Attn: Cynthia Littion, Manager
320 E. Big Beaver Rd.
Troy, MI  48084

Arthur Lashin, Esquire
Hayt, Hayt & Landau, LLC
2 Industrial Way
Eatontown, NJ  07224

Andri Council, Jr.
37 N. Rockland St.
Philadelphia, PA 19144

The following were notified electronically:
William C. Miller, Ch. 13 Trustee

US Trustee

Date:  October 17, 2017

/s/Bradly E. Allen
BRADLY E. ALLEN ,
Attorney for Debtor
7711 Castor Ave.
Philadelphia, PA  19152
(215)725-4242