United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-12273-elf
Andri L. Council, Jr.                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Nov 08, 2017
                              Form ID: pdf900          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2017.
db             +Andri L. Council, Jr.,    37 W. Rockland Street,    Philadelphia, PA 19144-6020
13893312        Midland Funding LLC,    C/O Arthur Lashin, Esquire,    123 W. Broad Street, Ste. 1660,
                 Philadelphia, PA 19109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13917463       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 09 2017 01:29:30      MIDLAND FUNDING LLC,
                 PO BOX 2011,   WARREN, MI 48090-2011
13893311       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 09 2017 01:29:30      Midland Funding LLC,
                 2365 Northside Dr., Suite 300,   San Diego, CA 92108-2709
                                                                                               TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2017 at the address(es) listed below:
              BRADLY E ALLEN    on behalf of Debtor Andri L. Council, Jr. bealaw@verizon.net
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

ANDRI L. COUNCIL, JR.

: NO. 17-12273/elf

## ORDER

AND NOW, this 7th day of November, 2017, upon consideration of the Motion of the debtor to avoid a judicial lien in real property held by MIDLAND FUNDING, LLC;

And the debtor having asserted that the lien is subject to avoidance pursuant to 11 U.S.C. Sec. 522(f)(1)(A);

And the debtor having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed;

Accordingly, it is hereby ordered that the motion is granted and the judicial lien on real estate on 34 W. Rockland Street, Philadelphia, PA 19144 held by MIDLAND FUNDING, LLC in the Philadelphia Municipal Court, SC#14-05-16-5004 in the amount of $2,460.63 is avoided.

**Order entered by default.**

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**