United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-12273-elf
Andri L. Council, Jr.                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP      Page 1 of 1      Date Rcvd: Nov 15, 2017
                 Form ID: pdf900  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2017.
db         +Andri L. Council, Jr.,   37 W. Rockland Street,   Philadelphia, PA 19144-6020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2017 at the address(es) listed below:
         BRADLY E ALLEN   on behalf of Debtor Andri L. Council, Jr. bealaw@verizon.net
         MATTEO SAMUEL WEINER   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
         WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                        TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | ANDRI COUNCIL, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 17-12273 ELF |

# O R D E R

**AND NOW,** after a hearing, and for the reasons stated in court on **November 14, 2017,** it is hereby **ORDERED** that:

1. The Debtor shall file (and serve in accordance with the rules of court) any proofs of claim on behalf of creditors and any further proposed amended chapter 13 plan **on or before December 12, 2017**.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case at the next scheduled confirmation hearing.

Date: **November 15, 2017**

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE