# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Andri L. Council, Jr.**  
Debtor(s)

Case No. **17-12273/elf**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2017 a copy of the Amended Chapter 13 Plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

IRS  
PO Box 7346  
Philadelphia, PA 19101

City of Philadelphia  
Water Revenue  
Law Dept, Tax Unit  
1401 JFK Blvd., 5th Floor  
Philadelphia, PA 19102

Andri L. Council, Jr.  
37 W. Rockland St.  
Philadelphia, PA 19144

The following were notified electronically:

Matteo Samuel Weiner  
on behalf of US Bank National Assoc/  
PA Housing Finance Agency

William C. Miller, Ch. 13 Trustee

US Trustee

**/s/ Bradly E. Allen, Esquire**  
**Bradly E. Allen, Esquire 35053**  
**Bradly E. Allen**  
**7711 Castor Avenue**  
**Philadelphia, PA 19152**