## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | ANDRI L. COUNCIL, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No.  17-12273 ELF |

# O R D E R

**AND NOW,** following a hearing, and for the reasons stated in court, it is hereby

**ORDERED** that:

1. **On or before January 19, 2018**, the Debtor shall file any amended chapter 13 plan

   necessary to the confirmation process or confirmation of the plan under 11 U.S.C. §1325(a).

2. Failure to comply with the deadlines set in Paragraph 1 shall constitute grounds for dismissal

   of this case pursuant to 11 U.S.C. §1307(c)**.**

Date:  January 9, 2018
_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**