United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Andri L. Council, Jr.  
    Debtor

Case No. 17-12273-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Marie     Page 1 of 1     Date Rcvd: Jan 10, 2018  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2018.  
db          +Andri L. Council, Jr.,   37 W. Rockland Street,   Philadelphia, PA 19144-6020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2018 at the address(es) listed below:  
         BRADLY E ALLEN    on behalf of Debtor Andri L. Council, Jr. bealaw@verizon.net  
         MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                            TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | ANDRI L. COUNCIL, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No.  17-12273 ELF |

# O R D E R

**AND NOW,** following a hearing, and for the reasons stated in court, it is hereby

**ORDERED** that:

1. **On or before January 19, 2018**, the Debtor shall file any amended chapter 13 plan necessary to the confirmation process or confirmation of the plan under 11 U.S.C. §1325(a).

2. Failure to comply with the deadlines set in Paragraph 1 shall constitute grounds for dismissal of this case pursuant to 11 U.S.C. §1307(c)**.**

Date: **January 9, 2018**

　　　　　　　　　　　　　　　　　　　　　　　**ERIC L. FRANK**
　　　　　　　　　　　　　　　　　　　　　　　**CHIEF U.S. BANKRUPTCY JUDGE**