# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Andri L. Council, Jr.**                                                                 Case No.  **17-12273/elf**
                                     Debtor(s)                                                       Chapter  **13**

## PRAECIPE TO WITHDRAW

TO THE CLERK OF U.S. BANKRUPTCY COURT:

Kindly withdraw the 2nd Amended Chapter Plan filed on January 15, 2018.

Date  **January 16, 2018**                          Signature  /S/Bradly E. Allen, Esquire
                                                                                Attorney for Debtor