# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Andri L. Council, Jr.**                                          Case No.  **17-12273/elf**
                        Debtor(s)                                        Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2018 a copy of the Second Amended Chapter 13 Plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

IRS
PO Box 7346
Philadelphia, PA 19101

City of Philadelphia
Water Revenue/ Law Dept, Tax Unit
1401 JFK Blvd., 5th Floor
Philadelphia, PA 19102

Midland Funding, LLC
PO Box 2011
Warren, MI  48090

Andri L. Council, Jr.
37 W. Rockland St.
Philadelphia, PA 19144

The following were notified electronically:

Matteo Samuel Weiner
on behalf of US Bank National Assoc/
PA Housing Finance Agency

William C. Miller, Ch. 13 Trustee

US Trustee

/s/ Bradly E. Allen, Esquire
**Bradly E. Allen, Esquire 35053
Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152**