# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Andri L. Council, Jr.**  　　　　　　　　　　　　　　　　Case No.  **17-12273/elf**
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2018, a copy of Amended Schedules I and J was served electronically or by regular United States mail to the parties listed below.

Electronic Mail to:

　　　　　　　　　　　　William C. Miller Chapter 13 Trustee

　　　　　　　　　　　　US Trustee

Regular Mail to:　　　　Andri L. Council, Jr.
　　　　　　　　　　　　37 W. Rockland St.
　　　　　　　　　　　　Philadelphia, PA 19144

　　　　　　　　　　　　　　　　　　　　**/s/ Bradly E. Allen, Esquire**
　　　　　　　　　　　　　　　　　　　　**Bradly E. Allen, Esquire 35053**
　　　　　　　　　　　　　　　　　　　　**Bradly E. Allen**
　　　　　　　　　　　　　　　　　　　　**7711 Castor Avenue**
　　　　　　　　　　　　　　　　　　　　**Philadelphia, PA 19152**
　　　　　　　　　　　　　　　　　　　　**215-725-4242Fax:215-725-8288**
　　　　　　　　　　　　　　　　　　　　**bealaw@verizon.net**