**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | ANDRI L. COUNCIL, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No.  17-12273 ELF |

**ORDER CONFIRMING PLAN UNDER CHAPTER 13**

  **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

  A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341(a) and a confirmation hearing upon notice having been held;

  B. the plan complies with the provisions of 11 U.S.C. §§1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

  C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

  **WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**, **SUBJECT TO THE FOLLOWING**: Part 9 is **STRICKEN** insofar as it mandates that Midland Funding mark satisfied the judgment entered at SC No. 14-05-16-5004 (M.C. Phila.) remove the lien upon completion of debtor's chapter 13 Plan.[1]

**Date:  February 27, 2018**

                **ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**

---

1. See In re Shafer, 99 B.R. 352, 355 (W.D. Mich. 1989); In re Brewery Park Associates, L.P., 2011 WL 1980289, at *4 n.4 (Bankr. E.D. Pa. Apr. 29, 2011); see also In re T-H New Orleans Ltd. Partnership, 188 B.R. 799, 809 (E.D. La. 1995) (court may condition confirmation on conditions that do not substantially alter the plan).