## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Andri L. Council, Jr.**                                                              Case No.  **17-12273/elf**
                              Debtor(s)                                                        Chapter   **13**

# MOTION TO AMEND CHAPTER 13 PLAN POST-CONFIRMATION

1.     Debtor, **Andri L. Council, Jr.** commenced this case on March 31, 2017 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2.     Debtor's 2nd Amended Chapter 13 Plan was confirmed on February 27, 2017 requiring him to make trustee payments of $1,100.00 per month.   The Amended Plan paid his secured creditors PA Housing Finance Agency, City of Philadelphia Water Revenue and City of Philadelphia for real estate taxes; and the IRS is being paid their priority claim, and unsecured creditors are being paid pro rata under the Plan.

3.     Subsequent to the Confirmation of the Plan, it was brought to debtor's counsel's' attention that a Priority Proof of Claim from the PA Department of Revenue had been filed in the amount of $1,063.69 for debtor's 2015 and 2016 State taxes which was omitted from the Plan.   As a result, a 3rd Amended Chapter 13 Plan Post-Confirmation has been filed to include the Priority Claim of the PA Department of Revenue in the amount of $1,063.69.

        WHEREFORE, Debtor, Andri L. Council, Jr. requests this Honorable Court to grant his Motion to Amend Chapter 13 Plan Post Confirmation.

Dated:  **March 20, 2018**                                                                  **/s/ Bradly E. Allen, Esquire**
                                                                                             **Attorney for Debtor**

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Andri L. Council, Jr.**                                                                                                 Case No.  **17-12273/elf**

Debtor(s)                                                                                                                              Chapter  **13**

## ORDER

AND NOW, on this _____ day of _____, 2018 It is hereby ORDERED and DECREED that the Debtor's

Motion to Amend Chapter 13 Plan Post Confirmation is granted and Debtor's 3rd Amended Chapter 13 Plan filed Post

Confirmation is hereby confirmed.

_____

**HONORABLE ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**