# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Andri L. Council, Jr.**                                                     Case No.   **17-12273/elf**

Debtor(s)                                                     Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2018 a copy of the 3rd Amended Chapter 13 Plan along with Motion to Amend Chapter 13 Plan Post-Confirmation, Notice of Motion, Response Deadline and Hearing Date was served electronically or by regular United States mail to the parties and the Trustee listed below.

PA Dept of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128

IRS
PO Box 7346
Philadelphia, PA 19101

City of Philadelphia
Water Revenue/ Law Dept, Tax Unit
1401 JFK Blvd., 5th Floor
Philadelphia, PA 19102

Midland Funding, LLC
PO Box 2011
Warren, MI  48090

Andri L. Council, Jr.
37 W. Rockland St.
Philadelphia, PA 19144

The following were notified electronically:

Matteo Samuel Weiner
on behalf of US Bank National Assoc/
PA Housing Finance Agency

William C. Miller, Ch. 13 Trustee

US Trustee

_____

**/s/ Bradly E. Allen, Esquire**
**Bradly E. Allen, Esquire 35053**
**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**