**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re: ANDRI L. COUNCIL, JR.
Debtor(s)

Case No. 17-12273/ELF
Chapter 13

## ORDER APPROVING COUNSEL FEES AND REIMBURSEMENT OF EXPENSES

AND NOW, this 5th day of April, 2018 it is hereby ORDERED that Bardly E. Allen, Esquire is approved Compensation in the amount of $3,000.00 plus reimbursement of expenses in the amount of $310.00 for a total of $3,310.00 of which $3,000.00 of attorney's fees and $310.00 filing fees was paid by debtor pre-petition.

Date: 4/5/18

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE