**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    Andri L. Council, Jr.　　　　　　: Chapter 13

　　　　　　　　　　　　　　　　　　: NO.17-12273/elf

**CERTIFICATION OF NO RESPONSE TO
AMENDED CHAPTER 13 PLAN POST-CONFIRMATION
AND MOTION HEARING**

    A 2nd Amended Chapter 13 Plan Post-Confirmation along with Notice of Rescheduled Motion to Amend Chapter 13 Plan with a hearing date of May 22, 2081 was sent on April 26, 2018 to all creditors who filed Claims and to the following parties and none of the parties served have filed a Response.

Sent by regular first class mail:

                          Andri Council, Jr.
                          37 W. Rockland St.
                          Philadelphia, PA 19144

The following parties were notified electronically:

                          Matteo Samuel Weiner
            on behalf of US Bank National Association

                William C. Miller, Ch. 13 Trustee

                              US Trustee

                          **s/BRADLY E. ALLEN, ESQUIRE**
                          **BRADLY E. ALLEN,**
                          **Attorney for Debtor**

Dated: May 16, 2018