# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Andri L. Council, Jr.**                                    Case No.  **17-12273/elf**
                             Debtor(s)                              Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2018, a copy of Amended Schedule J was served electronically or by regular United States mail to the parties listed below.

Electronic Mail to:

        William C. Miller Chapter 13 Trustee

        US Trustee

Regular Mail to:        Andri L. Council, Jr.
        37 W. Rockland St.
        Philadelphia, PA 19144

        **/s/ Bradly E. Allen, Esquire**
        **Bradly E. Allen, Esquire 35053**
        **Bradly E. Allen**
        **7711 Castor Avenue**
        **Philadelphia, PA 19152**
        **215-725-4242Fax:215-725-8288**
        **bealaw@verizon.net**