# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

                            : CHAPTER 13

Andri L. Council, Jr.

                            : NO. 17-12273/elf

## CERTIFICATION OF SERVICE

I, BRADLY E. ALLEN, attorney for Debtor Andri L. Council, Jr. do hereby certify that on June 7, 2018 I mailed by, regular first class mail, a true and correct copy of the Debtor's Response to Motion for Relief to the following:

Andri L. Council, Jr.
37 W. Rockland St.
Philadelphia, PA 19144

The following parties were notified by electronic mail:

Kevin G. McDonald
on behalf of US Bank National Assoc.

Matteo Samuel Weiner
on behalf of US Bank National Association

William C. Miller, Ch. 13 Trustee

US Trustee

                          **/s/Bradly E. Allen**
                          BRADLY E. ALLEN ,
                          Attorney for Debtor
                          7711 Castor Ave.
                          Philadelphia, PA  19152
                          (215)725-4242