**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Andri L. Council Jr.<br>  Debtor<br><br>U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>  v.<br>Andri L. Council Jr.<br>  and<br>William C. Miller Esq.<br>  Trustee | Chapter 13<br><br>NO. 17-12273 ELF |

**ORDER**

AND NOW, this 28th day of October, 2019 upon the filing of a Certification of Default by the Movant in accordance with the prior Stipulation of the parties   it is **ORDERED** that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 37 West Rockland Street Philadelphia, PA 19144.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**

Andri L. Council Jr.
37 West Rockland Street
Philadelphia, PA 19144

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

BRADLY E. ALLEN ESQUIRE
7711 Castor Avenue, (VIA ECF)
Philadelphia, PA 19152

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532