United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Andri L. Council, Jr.
      Debtor

Case No. 17-12273-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia      Page 1 of 2      Date Rcvd: Nov 26, 2019
      Form ID: pdf900      Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2019.
```
db             +Andri L. Council, Jr.,    37 W. Rockland Street,    Philadelphia, PA 19144-6020
13961458        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14056141        ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
13893312        Midland Funding LLC,    C/O Arthur Lashin, Esquire,    123 W. Broad Street, Ste. 1660,
                 Philadelphia, PA 19109
13893313       +PA Higher Education/AES,    P. O. Box 61017,    Harrisburg, PA 17106-1017
13904952       +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13893314       +U.S. Bank Nat'l Assn/PA Housing Finance,    211 North Front Street,    Harrisburg, PA 17101-1406
13893315       +U.S. Bank Nat'l Assn/PA Housing Finance,    C/O KML Law Group, P.C.,
                 701 Market Street, Ste. 5000,    Philadelphia, PA 19106-1541
13983118        US Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 27 2019 03:44:52     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 27 2019 03:44:48     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13978905        E-mail/Text: megan.harper@phila.gov Nov 27 2019 03:44:52     City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
14003827       +E-mail/Text: cio.bncmail@irs.gov Nov 27 2019 03:44:22     Internal Revenue Service,
                 P O BOX 7346,    Philadelphia PA 19101-7346
13917463       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 27 2019 03:44:38     MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
13893311       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 27 2019 03:44:38     Midland Funding LLC,
                 2365 Northside Dr., Suite 300,    San Diego, CA 92108-2709
13925352        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 27 2019 03:44:32
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA  17128-0946
13941052       +E-mail/Text: blegal@phfa.org Nov 27 2019 03:44:40     Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*             ECMC,   P.O. BOX 16408,    ST. PAUL, MN  55116-0408
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2019 at the address(es) listed below:
```
          BRADLY E ALLEN    on behalf of Debtor Andri L. Council, Jr. bealaw@verizon.net
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
```

```
District/off: 0313-2              User: Virginia              Page 2 of 2              Date Rcvd: Nov 26, 2019
                                  Form ID: pdf900             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                                                                                                                                                           TOTAL: 7

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDRI L. COUNCIL, JR.                    Chapter 13

Debtor                    Bankruptcy No. 17-12273-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: November 26, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRADLY E ALLEN ESQ
7711 CASTOR AVE

PHILA, PA 19152-

Debtor:
ANDRI L. COUNCIL, JR.

37 W. ROCKLAND STREET

PHILADELPHIA, PA 19144